# Court of Appeals
# of the State of Georgia

ATLANTA,  December 11, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0104. STILPHEN v. STILPHEN.**

On December 11, 2025, appellant Troy Stilphen moved this Court for an extension of time to file his application for discretionary appeal so as to obtain the transcript from the trial court. See OCGA § 5-6-35 (d) (allowing 30 days from the entry of the order sought to be appealed to apply for discretionary review).

The motion is GRANTED. Stilphen shall file his application by January 12, 2026.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  12/11/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*